IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**BARBARA CALKINS**
**ROBBIE CALKINS,**

        Plaintiffs,

-vs-

Case No. 2:08-cv-11581
Hon. Denise Page Hood
Referral Magistrate
Judge: Mona K. Majzoub

**SHERMAN ORIGINATOR, LLC**
**MS. WASHINGTON**

        Defendants.

_____/

**IAN B. LYNGKLIP (P47173)**
Lyngklip & Associates Consumer Law Center
Attorney for Plaintiffs
24500 Northwestern Hwy, Ste 206
Southfield, MI 48075
(248) 208-8864
IanLyngklip@att.net

**MATTHEW I. HENZI (P57334)**
Sullivan, Ward, Asher & Patton, P.C.
Attorney for Defendants
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
(248) 746-0700/Fax: (248) 746-2760
mhenzi@swappc.com

_____/

## DEFENDANTS' FRCP 7.1 DISCLOSURE STATEMENT

**NOW COME** Defendants, SHERMAN ORIGINATOR, LLC and MS. WASHINGTON, by and through their attorneys, Sullivan, Ward, Asher & Patton, P.C., and

pursuant to Fed. R. Civ. P. 7.1 state that each Defendant has no parent corporation and that no publicly held corporation owns 10% or more of each Defendant's stock.

                                              S/MATTHEW I. HENZI
                                              MATTHEW I. HENZI (P-57334)
                                              1000 Maccabees Center
                                              25800 Northwestern Highway
                                              Southfield, MI 48075-1000
                                              (248) 746-0700
                                              mhenzi@swappc.com

Dated: May 22, 2008
W0629114

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, my assistant, Tonya Green, electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

*Ian B. Lyngklip at IanLyngklip@Att.Net*

                                          S/MATTHEW I. HENZI
                                          MATTHEW I. HENZI
                                          Sullivan, Ward, Asher & Patton, P.C.
                                          Attorney for Defendants Leading Edge,
                                          Resurgent and LVNV Funding
                                          25800 Northwestern Hwy., Suite 1000
                                          Southfield, Michigan 48075
                                          248.746.0700
                                          E-mail: mhenzi@swappc.com
                                          Bar No. P57334

W0629114